# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KEITH SLADE, et al., | ) <br> ) <br> ) |
| Movants | ) <br> ) Case No. 1:05-mc-00299-RCL |
| v. | ) <br> ) |
| UNITED STATES GOVERNMENT PRINTING OFFICE, | ) <br> ) <br> ) |
| Respondent. | ) <br> ) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Beverly M. Russell, Assistant U.S. Attorney, as counsel of record for the respondent United States Government Printing Office in the above-captioned matter.

Respectfully submitted,

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov