# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEITH SLADE, et al., | ) |
| | ) |
| Movants | ) |
| | ) Case No. 1:05-mc-00299-RCL |
| v. | ) |
| | ) |
| UNITED STATES GOVERNMENT PRINTING OFFICE, | ) |
| | ) |
| Respondent. | ) |

## ORDER

The Court having reviewed the *Motion to Challenge Government Access to Financial Records* and the *Respondent's Opposition to the Movants' "Motion to Challenge Government Access to Financial Records" and Respondent's Motion to Dismiss and in Support of Enforcement of Administrative Subpoena Pursuant to 12 U.S.C. § 3410(c)*, hereby finds that there is a demonstrable reason to believe that the law enforcement inquiry is legitimate and that the records sought are relevant to that inquiry. Accordingly it is hereby

ORDERED that the *Motion to Challenge Government Access to Financial Records* is DENIED;

IT IS FURTHER ORDERED that the financial institutions from which Respondents seek records shall deliver the subpoenaed records to the Government's designee on or before the _____ day of _____, 2005, at a time and place set by the Government.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies of this Order to:

Counsel for Movants
Peter R. Maignon
Maignon & Associates, LLC
8181 Professional Place, Suite 205
Landover, Maryland 20785

Counsel for Respondent
Beverly M. Russell
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530