## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KEITH SLADE, et al.,** | ) | |
| | ) | |
| **Movants** | ) | |
| | ) | **Case No. 1:05-mc-00299-RCL** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES GOVERNMENT** | ) | |
| **PRINTING OFFICE,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**RESPONDENT'S MOTION TO DISMISS AND IN SUPPORT OF ENFORCEMENT OF ADMINISTRATIVE SUBPOENA PURSUANT TO 12 U.S.C. § 3410(c)**

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Respondent United States Government Printing Office ("GPO"), by and through its undersigned counsel, moves to dismiss the Movants' *Motion to Challenge Government Access to Financial Records* filed pursuant to the Right to Financial Privacy Act of 1978, 12 U.S.C. §§3401, et seq. as untimely. The GPO also opposes the relief sought by the Movants on the merits and requests that the Court, consistent with 12 U.S.C. § 3410(c), order enforcement of the administrative subpoenas at issue in this proceeding. The Memorandum and proposed Order supporting the Respondent's motion was previously filed with Respondent's opposition memorandum, see Docket Entry No. 3.

Date: August 11, 2005                     Respectfully Submitted,


                                          /s/ Kenneth L. Wainstein /bmr

                                          _____
                                          KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                          United States Attorney

                                          /s/ R. Craig Lawrence /bmr

                                          _____
                                          R. CRAIG LAWRENCE, D.C. BAR # 171538
                                          Assistant United States Attorney

                                          /s/ Beverly M. Russell

Of Counsel:                               _____
J. Anthony Ogden                          BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant Inspector General/              Assistant United States Attorney
Counsel to the Inspector General          U.S. Attorney's Office for the District of Columbia,
U.S. Government Printing Office             Civil Division
                                          555 4th Street, N.W., Rm. E-4915
                                          Washington, D.C.  20530
                                          Ph:  (202) 307-0492