IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH SLADE, et al. )
)
    Movants, )
)
v. ) CASE NO.: 1:05-mc-00299-RCL
)
UNITED STATES GOVERNMENT )
PRINTING OFFICE )
)
    Respondent. )
_____)

**AFFIDAVIT IN SUPPORT OF MOVANTS' OPPOSITION TO MOTION TO DISMISS**

1. I, Keith Slade, am the Secretary and Treasurer of Fusion Construction, Inc.

2. I do not have any financial stake in Fusion Construction, Inc. in any form, and Fusion Construction, Inc. does not owe me any debt, return on invested capital, or any kind of proceeds from the company's business.

3. I have not commingled any funds, personal or otherwise, with Fusion Construction, Inc.'s funds.

4. As I have not commingled funds and have no financial stake in Fusion Construction, Inc., any such inquiry into Fusion's records is not relevant to any investigation of me and Government access to Fusion's records should be denied.

5. I am President of Controlled Quality Corporation, LLC ("CQC").

6. CQC is being accused of overbilling the Government Printing Office (GPO) for printing/copying contracts awarded to it.

7. I prepared the invoices to the GPO, and GPO reviewed each invoice was reviewed prior to receiving any payment.

8. To the best of my knowledge, the documents were inventoried and reviewed prior to any payment being issued to me.

9. At the time of payment, no one disputed the amount of documents produced to the GPO.

10. Months after I produced the deliverables, GPO changed its stance and reduced the number of documents that I produced on a seemingly arbitrary basis.

11. The Government's actions are arbitrary, and any inquiry into my financial status is premature and unwarranted at this time.

12. I declare under the penalty of perjury that the foregoing information is true and correct.

_____
Keith Slade

_____
Date: 8/25/05