# MAIGNAN & ASSOCIATES LLC

ATTORNEYS AT LAW
A LIMITED LIABILITY COMPANY
8181 PROFESSIONAL PLACE, SUITE 205
LANDOVER, MD 20785
(301)429-1274 OFFICE    (301)429-1279 FAX

*Peter R. Maignan (MD, DC)*                                             *Karelle Lewis (MD)*
                                                                        *Kenneth M. June (MD)*

June 28, 2005

Clerk's Office
United States District Court
For the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

        Re: *Motion to Challenge Government Access to Financial Records*

Dear Clerk:

    Please find the enclosed Motion to Challenge Government Access to Financial Records, Affidavit in Support thereof, and Certificate of Service. In addition, you will find a copy of the U.S. Government Printing Office's Subpoena Duces Tecum, which is being challenged. You will also find a check in the amount of $250.00 for the filing fee for these documents.

    Please forward a receipt for the filing fee to our office at your earliest convenience.

                                              Sincerely,

                                              Kenneth M. June

cc: Keith Slade
    Peter Maignan

RECEIVED
JUN 30 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT