# MAIGNAN & ASSOCIATES LLC

ATTORNEYS AT LAW
A LIMITED LIABILITY COMPANY
8181 PROFESSIONAL PLACE, SUITE 205
LANDOVER, MD 20785
(301)429-1274 OFFICE    (301)429-1279 FAX

*Peter R. Maignan (MD, DC)*                                                                 *Karelle Lewis (MD)*
                                                                                            *Kenneth M. June (MD)*

July 13, 2005

Clerk's Office
United States District Court
For the District of Columbia
333 Constitution Ave., NW
Washington, DC  20001

            Re: *Motion to Challenge Government Access to Financial Records*

Dear Clerk:

    Please find the enclosed Motion to Challenge Government Access to Financial Records, Affidavit in Support thereof, and Certificate of Service which was filed on June 29, 2005. You will also find a check in the correct amount of $39.00 for the filing fee.

    Please forward a receipt for the filing fee to our office at your earliest convenience.

                                                Sincerely,

                                                *[signature]*
                                                Kenneth M. June

cc: Keith Slade
    Peter Maignan

RECEIVED
JUL 15 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT